AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

**FILED**
APR 01 2024
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Vashvn Lewis

_____
Petitioner

v.

Warden of USP Hazelton
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. 5:24-cv-64
Bailey, Mazzone, Aince
18-CR-220-(JCH)
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Vashvn Lewis
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: USP Hazelton
   (b) Address: P.O. Box 450 Bruceton Mills, WV 26525
   (c) Your identification number: 25618014

3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: 141 Church St New Haven, ct 06510
   (b) Docket number of criminal case: 18-CR-220-(JcH)
   (c) Date of sentencing: 3-25-2021
   ☐ Being held on an immigration charge
   ☐ Other (explain): N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____FSA credits, good time credits_____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: _____N/A_____

   (b) Docket number, case number, or opinion number:

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

   _____N/A_____

   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes            ☐ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court: _____N/A_____

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:                                _____N/A_____
       (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

N/A

(b) If you answered "No," explain why you did not appeal: N/A

8. **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?
    ☐ Yes ☐ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: N/A

    (2) Date of filing:
    (3) Docket number, case number, or opinion number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised: N/A

    (b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☐ Yes ☐ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: N/A

    (2) Date of filing:
    (3) Docket number, case number, or opinion number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____ N/A _____

(b) If you answered "No," explain why you did not file a third appeal: N/A

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:      N/A
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:      N/A
(4) Result:
(5) Date of result:
(6) Issues raised:

N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order: N/A
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing:
(2) Case number:
(3) Result:    N/A
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court:
(2) Date of filing:   N/A
(3) Case number:

(4) Result: 
(5) Date of result: N/A
(6) Issues raised: 

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: 
(b) Name of the authority, agency, or court: N/A
(c) Date of filing: 
(d) Docket number, case number, or opinion number: 
(e) Result: 
(f) Date of result: 
(g) Issues raised: N/A

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes ☐ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☐ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☐ No

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

N/A

**Request for Relief**

15. State exactly what you want the court to do: I want the court to get involve, I am Eligble for the (FSA) of 2018 for some strange reason USP Allenwood or USP Hazelton or BOP do not want to credit me my good time credits for the FSA of 2018, I have wrote to both prison USP Allenwood and USP Hazelton as you will see I took the proper channels who to write for me to try and get my (FSA) credits, The only one who never responded back to me was the Warden Here at Hazelton, I wrote the Warden on numbers of times, that you will see also, I am aware that The Warden must respond back on the BP 9 for me to move forward, so I move forward anyway with my BP 10, so once I sent my BP 10 to the Mid-Atlantic Regional office, They also sent what I wrote to them back, stating I must get a respond from the Warden, so I wrote back to the Atlantic Regional for the second time showing the Regional how the Warden is not responding back to my cop outs, you also will see that as well, so once the Atlantic Regional responded back to me the second time with The same responce but this time with Eneligible, I went ahead and continue to send the Warden here at Hazelton cop outs, for the next 2023 to 2024 still (No Responce from the Warden) you will see that as well, so after nothing from the Warden or the Atlantic Regional, I move on to the D.C. Central office explain to central whats going far as the Warden at Hazelton

Mid Atlantic Reg and showing proof to Central office, but Central turns around and do the same thing Atlantic Reg has done.

So I'm asking the court to step in and credited me my FSA credits that I am Eligible for by the First Step Act of 2018. I'm only asking the court to give me what I'm Eligible for and that is (FSA) credits. Now that you can see I went thru all the Right steps. I can't make the Warden Respond Back to me or any one else for that matter. This USP Hazelton always having something going on but Nothing good to Better your self or Anything else.

I just Hope and Pray that the court will step in Thank you

V Lewis

And Central office did not send my BP 11 that I sent to them back. But it is a copy for the court that I copy Before I mail Central the Original copy

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3-29-24

Signature of Petitioner: *V. Lewis*

Signature of Attorney or other authorized person, if any