**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**VASHUN LEWIS,**

                    Petitioner,

          **v.**                                    **Civil Action No. 5:24-CV-64**
                                                    Judge Bailey

**WARDEN OF USP HAZELTON,**

                    Respondent.

<u>**ORDER DISMISSING CASE WITHOUT PREJUDICE**</u>

On April 1, 2024, petitioner filed a habeas petition under 28 U.S.C. § 2241. Because the petition was not on the Court-approved form, the Clerk of Court issued the petitioner a Notice of Deficient Pleading and Intent to Dismiss [Doc. 2]. The Notice informed petitioner that his case would be dismissed within thirty days, and if he wished to pursue a § 2241, he would have to refile his petition on the Court-approved form.

On April 8, 2024, the petitioner refiled his petition on the Court-approved form, and it was assigned Civil Action No. 3:24-CV-39. Accordingly, pursuant to the terms of the Notice, the Court **ORDERS** that this action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to mail a copy of this Order to the petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED:** April 9, 2024.

                                        JOHN PRESTON BAILEY
                                        UNITED STATES DISTRICT JUDGE

1